John WELLS, Plaintiff–Appellant,

v.

James R. LAMZ; Tom W. Thornhill; Committee to Elect Jim Lamz; Thornhill Law Firm, LLC; Charles C. Foti, Jr., Attorney General of the State of Louisiana, Defendants–Appellees.

No. 05–30810.

United States Court of Appeals, Fifth Circuit.

Nov. 13, 2006.

John Bennett Wells, Slidell, LA, for Plaintiff–Appellant.

Adrianne Landry Baumgartner, Porteous, Hainkel & Johnson, Covington, LA, Doyle Paul Spell, Jr., Spell & Spell, Franklinton, LA, Gustave A. Fritchie, III, Irwin, Fritchie, Urquhart & Moore, New Orleans, LA, David Glen Sanders, Assistant Attorney General, Office of the Attorney General for the State of Louisiana, Baton Rouge, LA, for Defendants–Appellees.

Before BARKSDALE, DeMOSS, and PRADO, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.